IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


ELDON BURROWS,

               Plaintiff,                          CV F 06 0602 AWI WMW P

     vs.                                      ORDER


SERGEANT GIFFORD, et al.,

               Defendants.


       Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       This action proceeds on the original  complaint.  Plaintiff, an inmate in the custody of the California Department of Corrections at Wasco State Prison, brings this civil rights action against defendant correctional officials employed by the Department of Corrections at Wasco State Prison.   Plaintiff names the following individual defendants: Sergeant Gifford; Correctional Officer Cera; Correctional Officer Macias.

       Plaintiff's sole claim in this complaint is that he was injured as a result of a dangerous condition.  Plaintiff is a diabetic inmate and has been on dialysis for approximately 14 months.   Three times a week, Plaintiff is transported to a hospital in Bakersfield for dialysis treatment.   On May 3, 2005, upon arrival at the clinic in Bakersfield, Officer Macias pulled out

the step on the van, stepped on to the curb, and directed Plaintiff to exit the van.  Plaintiff was

shacked with handcuffs and leg irons.  Plaintiff alleges that "because of a broken step." he fall

face forward into the road, injuring himself.  Plaintiff alleges that the step had been broken for

some time, and Defendants knew of the condition, as the dialysis patients had complained of it.

The court finds that by making these allegations, Plaintiff has alleged facts sufficient tot

state a claim for an Eighth Amendment violation under <u>Farmer v. Brennan</u>, 511 U.S. 825, 834

(1994).  Specifically, Plaintiff's allegations amount to a claim that Defendants knew of and

disregarded a serious risk to Plaintiff.    Accordingly, IT IS HEREBY ORDERED that:

1.      Service is appropriate for the following defendants:

        SERGEANT GIFFORD

        C/O CERA

        C/O MACIAS

2.      The Clerk of the Court shall send plaintiff three  USM-285 forms, three summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed May 17, 2006.

3.      Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

a.      Completed summons;

b.      One completed USM-285 form for each defendant listed above; and

c.      Four  copies of the endorsed complaint filed May 17, 2006.

4.      Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

1    5.    The failure to comply with this order will result in a recommendation that this

2         action be dismissed.

3

4

5

6

7    IT IS SO ORDERED.

8    **Dated:    August 2, 2006**                    /s/  **William M. Wunderlich**
     mmkd34                                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26