UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON BURROWS,<br><br>          Plaintiff,<br><br>     v.<br><br>GIFFORD, et al.,<br><br>          Defendants. | 1:06-CV-0602 AWI WMW PC<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(DOCUMENT #27) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2007, plaintiff filed a motion to extend time to respond to interrogatories. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to respond to interrogatories.

IT IS SO ORDERED.

**Dated:   July 31, 2007**          /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE