IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDON BURROWS,

        Plaintiff,               CV F 06 0602 AWIWMW P

   vs.                           ORDER RE MOTION (DOC 21)

SGT. GIFFORD, et al.,

        Defendants.

     Plaintiff has filed a motion titled as "Answer to Defendants on Plaintiiff's Complaints; and Demand Jury Trial Motion For Leave to Amend."  Plaintiff indicates that "this is the first amendment to complaint filed on 5-17-06."  Plaintiff's motion appears to be a response to the answer filed on December 4, 2006.  Plaintiff sets forth a paragraph by paragraph response to the affirmative defenses asserted by Defendants. Plaintiff appears to take issue with Defendants' statement of facts.   Plaintiff "prays to the court for a fair trial by judge or jury to determine that because of the lack of responsibility of providing a safe way of transporting inmates to and from medical appointments and correct maintenance that all damages should be awarded."

     A response to an answer is not a recognized pleading within the Federal Rules of Civil Procedure.  Plaintiff's claim for damages is set forth in the complaint, and is therefore preserved. In their answer, Defendants seek a jury trial.  Should this matter proceed to trial, it will be tried

before a jury.

Plaintiff does not specifically request leave to file an amended complaint, nor does Plaintiff set forth any argument or submit a proposed amended complaint. Plaintiff is advised that any factual disputes will be resolved in a motion for summary judgment, should one be filed. Plaintiff is further advised that because Defendants have filed an answer, he must seek leave of court to file an amended complaint. Federal Rule of Civil Procedure 15(a). Plaintiff must submit a proposed amended complaint. Further, any amended complaint must be complete in and of itself, without reference to the original complaint.

Plaintiff is advised that the deadline for filing a motion to amend is September 17, 2007. Because it appears that Plaintiff attempted to file a motion to amend prior to the deadline, the court will grant Plaintiff an opportunity to file a motion for leave to amend the complaint. The court will grant Plaintiff thirty days to file such a motion. Should Plaintiff fail to file a motion for leave to amend within thirty days, this action will proceed on the original complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion titled as a motion to amend filed on December 28, 2006, is denied without prejudice.

2. Plaintiff is granted thirty days from the date of service of this order in which to file a motion for leave to file an amended complaint.

IT IS SO ORDERED.

**Dated:    October 1, 2007**          **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE