IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELDON BURROWS,

        Plaintiff,        CV F 06 0602 AWI WMW P

   vs.                    ORDER

SGT. GIFFORD, et al.,

        Defendants.

     Defendants have filed a request to extend time to file a dispositive motion.  On October 1, 2007, an order was entered, granting Plaintiff thirty days in which to file any motions for leave to amend.  Accordingly, IT IS HEREBY ORDERED that the deadline for filing dispositive motions is February 5, 2008.IT IS SO ORDERED.

**Dated:**   **October 22, 2007**                  /s/  **William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE