IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ELDON BURROWS,** | 1:06-CV00602 AWI WMW PC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **SGT. GIFFORD, et al.,** | |
| Defendants. | |

Good cause having been shown, defendants' ex parte application to extend time to file dispositive motion is hereby granted.  Defendants have an additional thirty days, to and including March 6, 2008, in which to file dispositive motions.

IT IS SO ORDERED.

**Dated:     February 5, 2008**             /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE

Order

1