1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        FRESNO DIVISION

12

| | |
|---|---|
| **ELDON BURROWS,** | 1:06-CV00602 AWI WMW PC |
| Plaintiff, | **ORDER** |
| **v.** | [FRCP Rule 41(a)] |
| **SGT. GIFFORD, et al.,** | Action Filed:  5/17/2006<br>Trial Date:    Not Set |
| Defendants. | Judge:        Hon. Anthony W. Ishii |

Pursuant to the parties' stipulation,

        IT IS HEREBY ORDERED that Defendants Sgt. M. Gifford, Officer H. Cera and

Officer A. Macias may be, and are hereby, dismissed with prejudice, each party to bear their own

costs.


IT IS SO ORDERED.

**Dated:    May 20, 2008**                            _____/s/ Anthony W. Ishii_____
                                                      UNITED STATES DISTRICT JUDGE

[Proposed] Order

1