1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT FOR THE

8      EASTERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| **ELDON BURROWS,** ) | **1-06-CV-0602 AWI WMW** |
| ) | |
| **Plaintiff**, ) | **ORDER DISMISSING DEFENDANT** |
| ) | **CALIFORNIA DEPARTMENT OF** |
| **v.** ) | **CORRECTIONS (CDC) AND** |
| ) | **DEFENDANT WASCO STATE** |
| **SGT. GIFFORD, OFFICER CARA,** ) | **PRISON TRANSPORTATION** |
| **OFFICER  MACIAS, CALIFORNIA** ) | |
| **DEPARTMENT OF CORRECTIONS,** ) | **ORDER DIRECTING CLERK OF** |
| **and WASCO STATE PRISON** ) | **COURT TO CLOSE THIS ACTION** |
| **TRANSPORTATION,** ) | |
| ) | |
| **Defendants.** ) | |

        On May 17, 2006, Plaintiff filed this civil rights complaint alleging prison officials

violated his constitutional rights.   On July 2, 2006, the Magistrate Judge found service

appropriate as to Sgt. Gifford, Officer Cara, and Officer Macias.   On May 21, 2007, the parties

stipulated to the dismissal of Sgt. Gifford, Officer Cara, and Officer Macias.

        A review of the docket reveals that the California Department of Corrections (CDC) and

Wasco State Prison Transportation were also named as Defendants in this action.   A review of

the docket reveals that these Defendants were never served, and these Defendants have not made

an appearance.   However, because these two Defendants are named in the complaint, this action

cannot be closed until the case against these two remaining Defendants is resolved.

1    The remaining Defendants are Defendant CDC and Defendant Wasco State Prison

2 Transportation.  Plaintiff may not sustain an action against the CDC or a state prison department.

3 The Eleventh Amendment prohibits federal courts from hearing suits brought against an

4 unconsenting state.  Brooks v. Sulphur Springs Valley Elec. Co., 951 F.2d 1050, 1053 (9th Cir.

5 1991) (citation omitted).  "The Eleventh Amendment bars suits for money damages in federal

6 court against a state, its agencies, and state officials in their official capacities."  Aholelei v.

7 Dept. of Public Safety, 488 F.3d 1144, 1147 (9th Cir. 2007) (citations omitted); Brooks v.

8 Sulphur Springs Valley Elec. Co., 951 F.2d 1050, 1053 (9th Cir. 1991).   Because the CDC and

9 Wasco State Prison Transportation are state agencies, they are entitled to Eleventh Amendment

10 immunity from suit.

11    The court recognizes that normally it must give a pro se, incarcerated inmate notice of a

12 complaint's pleading deficiencies and an opportunity to amend prior to dismissal.  See Lopez v.

13 Smith, 203 F.3d 1122 (9th Cir. 2000);  Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987).

14 However, because there are no exceptions to Defendant CDC's immunity or Defendant Wasco

15 State Prison Transportation's immunity, any leave to amend would be futile.

16    Accordingly, the court ORDERS that:

17    1.   Defendant CDC and Defendant Wasco State Prison Transportation are

18       DISMISSED from this action; and

19    2.   All parties having been dismissed from this action, the Clerk of the Court is

20       DIRECTED to close this action.

21

22 IT IS SO ORDERED.

23 **Dated:    May 30, 2008**             /s/ Anthony W. Ishii
                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28                    2